UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL MCKINNIS                :
                                :        CIVIL ACTION
          v.                    :
                                :        NO. 02-CV-3512
HARTFORD LIFE                   :

O R D E R

AND NOW, this     day of November, 2002, this action having been commenced by the filing of a Praecipe To Issue Writ Of Summons in the Court of Common Pleas of Philadelphia County on May 3, 2002, and Notice of Removal having been filed with this Court on May 31, 2002, and it appearing that as of this date Plaintiff has not filed a Complaint, it is ORDERED that Plaintiff shall file a Complaint on or before November 20, 2002.  Failure to comply with this Order will result in the entry of an order dismissing this action without further notice.

                                        BY THE COURT:


                                        _____
                                        R. Barclay Surrick, Judge