IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McKINNIS | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| HARTFORD LIFE | : | NO. 02-CV-3512 |

**ORDER**

AND NOW, this 12th day of March, 2004, upon consideration of the Motion of Defendant Hartford Life to Dismiss Plaintiff's Complaint as Preempted by ERISA (Doc. No. 9), and all papers filed in support thereof and opposition thereto, it is ORDERED that Plaintiff's Complaint is DISMISSED. It is further ORDERED that Plaintiff is given 30 days from the date of this Order to file an amended complaint. *See Albert Einstein Med. Ctr. v. Nat. Ben. Fund for Hospital & Health Care Employees*, 740 F. Supp. 343, 353 (E.D. Pa. 1989) (dismissing plaintiff's complaint as preempted by ERISA but granting plaintiff leave to file an amended complaint).

IT IS SO ORDERED.

BY THE COURT:

_____

R. Barclay Surrick, Judge