IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL McKINNIS | : CIVIL ACTION |
| vs. | : |
| HARTFORD LIFE | : NO. 02-cv-3512 |

### STIPULATION FOR EXTENSION OF TIME TO ANSWER

It is hereby stipulated by and between Adrian Reed, Esquire, counsel for Plaintiff, Michael McKinnis, and Barbara A. O'Connell, Esquire, counsel for Defendant, Hartford Life, that said Defendant shall have thirty (30) days from the date hereof to answer Plaintiff's First Amended Complaint.

No prior extension has been requested or received

_____   _____
Adrian Reed, Esquire                               Barbara A. O'Connell, Esquire
Attorney for Plaintiff                                  Attorney for Defendant

BY THE COURT:

_____
J.