IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McKINNIS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE | : | NO. 02-cv-3512 |

## INITIAL DISCLOSURES OF DEFENDANT, HARTFORD LIFE

A.  **The Name and Last Known Address of Each Person Reasonably Likely to Have Information That Bears Significantly on the Claims**

   All individuals and medical providers identified in Hartford's claim file.

B.  **All Documents, Data, Compilations , Etc., Likely to Bear Significantly On the Claims and Defenses**

   1.   Hartford claim file.
   2.   Group Policy No: GRH-673565 issued by Hartford Life and Accident Insurance Company to WORLDCOM, INC.

C.  **The Existence Of Any Insurance Agreement Under Which Any Person or Entity May Be Liable to Satisfy Part or All of a Judgment**

   None other than the Group Policy GRH-673565 issued by Hartford Life and Accident Insurance Company to WORLDCOM, INC.

SWEENEY & SHEEHAN

By: _/s/ Barbara A. O'Connell_
Barbara A. O'Connell
Identification No. 46461
1515 Market Street, 19th Floor
Philadelphia, PA 19102
(215) 563-9811
Attorney for Hartford Life and
Accident Insurance Company