IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL McKINNIS                :
                                :    CIVIL ACTION
                                :
          vs.                   :
                                :
HARTFORD LIFE                   :    NO. 02-CV-3512

**<u>ORDER</u>**

AND NOW, this 13th day of October, 2004, after conference with counsel, it is ORDERED as follows:

1. Defendant shall file a Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 on or before December 13, 2004.

2. Plaintiff shall a file a response to Defendant's Motion within thirty (30) days of receipt thereof.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, Judge