IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL McKINNIS | : | |
| | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE | : | NO. 02-CV-3512 |

## **ORDER**

AND NOW, this 10th day of December, 2004, upon consideration of the parties' Stipulation For Extension Of Time To Answer, the Stipulation is APPROVED. Defendant's Motion for Summary Judgement is due on December 23, 2004. Plaintiff's response to Defendant's Motion for Summary Judgement is due on January 23, 2005.

IT IS SO ORDERED.

BY THE COURT:

S:/R. Barclay Surrick, Judge