# E X H I B I T "C"

**Louis R. Petrone, M.D.**
**Jefferson HealthCARE - Fairmount**
**2305 Fairmount Avenue**
**Philadelphia, PA 19130**
**(215) 978-7800**

June 15, 2001

To Whom It May Concern:

Re: **Michael McKinnis**
SS # 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

      This is to verify that **Michael McKinnis is** under our medical care from May 18, 2001 to the present. He has marked hypertension and self-reported alcohol abuse, for which he is seeking help. After, consultation with a psychologist, Mr. McKinnis has made the decision to enter a rehabilitation program for his alcohol abuse. He needs to be on disability status until he has completed the alcohol rehabilation program which will last for 6 weeks. He is also being treated for hypertension with the following medications: Norvasc 5 mgm, po daily, Prinzide 10/12.5 mgm daily. It is imperative that he enter the rehabilitation program as soon as possible to resolve his alcohol problem, and which will also serve as adjunct therapy for his hypertension. His current treatment plan is as follows:
- enter and complete rehab program immediately.
- Continue with antihypertensive medications as listed above.
- Monitor blood pressure at least every 2 weeks until his blood pressure is under control.

He has been seen here at our office on the following dates: 5/18/01, 5/31/01, 6/15/01. He is compliant with his medications and wants very much to resolve his alcohol problem. He can return to work as soon as his rehab program is completed.

You request a GAF score – we are unfamiliar with this. In addition, all of his medical records and diagnostic/laboratory data were copied and sent to your offices on June 7, 2001.

Please contact me if you need further information.

Sincerely,


Louis R. Petrone, M.D.
Suzanne R. Langner, CRNP, PhD