**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL McKINNIS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY (Incorrectly styled as Hartford Life) | : | NO. 02-cv-3512 |

---

**APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

---

| | |
|---|---|
| H-1 through H-48 | Hartford Life and Accident Insurance Company Policy |
| H-49 through H-110 | Administrative Record |



Hartford Life

June 7, 2001

Michelle Clingan
Worldcom, Inc.
707 17th Street
Denver, CO 80202

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Ms. Clingan:

We are writing to you regarding the claim for Short Term Disability (STD) benefits on behalf of Michael Mckinnis.

We have completed our review of this claim and have determined that Mr. Mckinnis was not an active full time employee at the time of disability.

Therefore, we have denied this claim for benefits and have notified Mr. Mckinnis of our decision.

If you have any questions, please feel free to contact our office at (800) 729-1783. Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,

Tina M. Palmer, Examiner
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849



Hartford Life

June 7, 2001

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA 19130

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Mr. Mckinnis:

We are writing to you regarding your claim for Short Term Disability (STD) benefits under the group policy number GRH 673565 for Worldcom, Inc.. This policy funds Worldcom, Inc. STD Employee Benefits Plan. We have completed our review of your claim for benefits and have determined that the evidence submitted in support of your claim does not establish that you meet the definition of eligibility. Accordingly, STD benefits are not payable to you.

Benefits are payable under the policy if Total Disability or Totally disabled means that you are prevented by:

1) Accidental bodily injury:
2) Sickness;
3) Mental Illness;
4) Substance abuse; or
5) Pregnancy,

From performing the essential duties of your occupation, and as a result, you are earning less than 20% of your pre-disability Weekly Earnings.

Exclusions of benefits per the MCI Worldcom policy language on page 10, under What Disabilities are not covered?
(1) Injury, sickness, Mental Illness, Substance Abuse, or pregnancy not being treated by a Physician or surgeon;
(2) Disability caused or contributed to by war or act of war (declared or not);
(3) Disability caused by your commission of or attempt to commit a felony, or to which a contributing cause was your being engaged in an illegal occupation;
(4) Disability caused or contributed to by an intentionally self-inflicted injury;
(5) Sickness or injury for which workers' compensation benefits are paid, or may be paid, if duly claimed; or

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849

(6) Injury sustained as a result of doing any work for pay or profit for another employer.

If you are receiving, or are eligible to receive, benefits for a disability under a prior plan of disability benefits that:
(1) was sponsored by the Employer; and
(2) was terminated on the day before the effective date of this plan,

then no benefits will be payable for the disability under this Plan.

We based our decision to deny your claim for benefits on policy language and all of the documents contained in your claim file, viewed as a whole, including the following specific information:

Termination define for the policy language of MCI Worldcom's plan booklet on page 11:

When does your coverage terminate?
Your coverage will terminate on the earliest of:

(1) the date this Group Insurance terminates;
(2) the date this Group Insurance no longer provides coverage for your class;
(3) the date premium payment is due but not paid by the employer;
(4) the last day of the period for which you make any required premium contribution, if you fail to make any further required contribution;
(5) the date on which you cease to be an Active Full-time Employee in an eligible class, including:
(a) temporary layoff;
(b) leave of absence, including but not limited to leave for military service;
(c) work stoppage (including a strike or lockout); or
(d) the date your Employer ceases to be a Participant Employer, if applicable.

*On 4/23/01, you called and initiated your Short Term Disability claim.

*On 5/5/01, we received from your employer eligibility certification information.

*On 5/18/01, Suzanne from Dr. Petrone's office called in medical information for your Short Term Disability claim.

*On 6/6/01, Contacted Dr. Petrone's office and spoke to Joy for additional medical information.

*On 6/6/01, Contacted Dr. Pribitkin's office and spoke to Rachel for additional medical information.

*On 6/7/01, we contacted your employer's human resource Dorrine Blea for further verification on coverage.
On 5/18/01, Suzanne from Dr. Petrone called our office to summit medical information on your claim. Dr. Petrone disabled you on 5/18/01.

On 6/6/01, we contacted Dr. Petrone's office and spoke to Joy. She indicated that you started seeing the physician for the first time as of 5/18/01. Dr. Petrone would not certify any disability prior to this date. Joy indicated your prior physician was Dr. Pribitkin.

On 6/6/01, we contacted Dr. Pribitkin's office spoke to Rachel. She indicated you where only seen on 5/2/01.

On 6/7/01, we contacted Dorrine Blea with your company. She indicated that there has been no family medical leave form received. You have sick time paid through 4/27/01 and no vacation time.

Based upon our review of the plan language and the information provide by Dorrine Blea from the human resource department. The medical information provides Dr. Petrone indicated he will not certify disability prior to your first office visit of 5/18/01. We reviewed your claim; the Hartford Life considered your claim file as a whole for purposes to determine your entitlement to plan benefits. With no indication that you were treated by a physician or medical certification for your disability from your last day work of 4/20/01 through 5/17/01. The date on which you cease to be an active full time employee in an eligible class, including: leave of absence supports your non-eligibility for Short Term Disability benefits.

If you have any additional information, not previously submitted, which you believe will assist us in evaluating your claim for STD benefits, please forward that information to us within sixty (60) days from the date of this letter. In particular, specific functional limitations, restrictions, any diagnostic, x-ray; MRI and cat scan results. All medical documentation from all treating physicians including physical therapy notes if applies to your condition that supports your disability that is preventing you from performing the essential duties of your occupation may assist us in further evaluating your claim for benefits. The Hartford will review any additional information you submit, along with previously submitted information, and will notify you of the results of our review.

If you do not have additional information, but you disagree with our denial decision, the Employee Retirement Income Security Act of 1974 (ERISA) provides you with the right to appeal our decision and review pertinent documents in your claim file. If you do not agree with the reason why your claim was denied, in whole or in part, and you wish to appeal our decision, you must write to us within sixty (60) days of the date of this letter. Your letter, which must be signed and dated by you or your legal representative, should clearly outline your position and any issues or comments you have in connection with your claim and our decision to deny your request for benefits under the Policy. Once we receive your appeal, your claim will be reviewed based upon your statements and the documents and notes contained in your claim file. Upon completion of that review, we will advise you of our further determination.

If you have any questions, please feel free to contact our office at (800) 729-1783. Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,


Tina M. Palmer, Examiner
Hartford Life and Accident Insurance Co.



Hartford Life

May 26, 2001

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA 19130

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Mr. Mckinnis:

In order to fully evaluate this claim for Short Term Disability (STD) benefits, we need the following information:

Based on the information we received, your effective date of coverage under this policy was 08/01/2000. Since your disability began within the first 90 days of your coverage, we must investigate your claim to be sure that your disability has not resulted from a pre-existing condition.

Please have your physician(s) send in all medical records and test results between the look back period of 10/3/00 through 12/31/00 for your present condition. Also, will need Dr. Silver's dictation notes on his evaluation of your first office visit. Your employer needs to send in sick hours paid to you
from 4/20/01 through 5/17/01 or medical information that certifies your disability during this period with complications, restrictions, functional limitations, treatment plan and estimated return to work date. All information is due on or prior to 6/11/01.

Please return all requested information within thirty (30) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 729-1783. Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,

Tina M. Palmer, Examiner
Hartford Life and Accident Insurance Co.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849



Hartford Life

May 17, 2001

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA  19130

Policy Holder:    Worldcom, Inc.
Claimant:         Michael Mckinnis
SSN:              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
Policy Number:    GRH 673565

Dear Mr. Mckinnis:

We are writing to you regarding your claim for Short Term Disability (STD) benefits under the group policy number GRH 673565 for Worldcom, Inc.. Benefits are payable under this policy if "as a result of an Illness or Injury, you:

  1. become Totally Disabled while you are eligible under this policy;

  2. require the regular care of a Physician; and

  3. submit proof of your Total Disability".

We have not received the provider information. This information was requested on 04/23/2001 and 05/02/2001. As it is required, we are unable to completely evaluate your claim for benefits and have closed your file.

If you can provide the provider information indicated above, or any additional information not previously submitted, which you believe will assist us in evaluating your claim for STD benefits, please forward it to us within sixty (60) days from the date of this letter. Hartford Life will review any additional information submitted and will notify you of the results of our review.

If you do not have additional information, but you disagree with our decision, the Employee Retirement Income Security Act of 1974 (ERISA) provides you with the right to appeal our decision and review pertinent documents in your claim file. If you do not agree with the reason why your claim was closed, in whole or in part, and you wish to appeal our decision, you must write to us within sixty (60) days of the date of this letter. Your letter, which must be signed and dated by you or your legal representative, should clearly outline your position and any issues or comments you have in connection with your claim and our decision. Once we receive your appeal, your claim will be reviewed based upon your statements and the documents and notes contained in your claim file. Upon completion of that review, we will advise you of our further determination.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849

If you have any questions, please feel free to contact our office at (800) 729-1783.  Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,


Stacey L. Juston, Examiner
Hartford Life and Accident Insurance Co.



Hartford Life

April 23, 2001

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA 19130

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Mr. Mckinnis:

IMPORTANT INFORMATION REGARDING YOUR SHORT TERM DISABILITY BENEFITS
PLEASE READ THIS LETTER CAREFULLY

Thank you for your recent call providing notice of your Short Term Disability Claim. As discussed in our telephone conversation, this letter reiterates the information required to evaluate your claim. Please find a list of necessary information below:

1. Confirmation of Coverage from your employer. We have requested this information.

2. Information from your physician's office regarding your functional capabilities and limitations. As discussed, your physician's office must call Hartford Life, Inc. at (800) 729-1783 as soon as possible. If you have not contacted your physician's office, please do so immediately to request that they call us. Please ask that they have your chart available to provide the following information as applicable:

- Diagnosis and procedures performed
- Treatment dates, treatment plan and medications
- Examination findings and diagnostic test results
- Specific limitations affecting your ability to work
- Expected recovery dates and treatment plan

After we have received your employer and physician information, your claim will be evaluated and we will determine if you are eligible to receive benefits.

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849

If you have any questions, please feel free to contact our office at (800) 729-1783.  Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,


Mona I. Malfa, Senior Examiner
Hartford Life and Accident Insurance Co.

Worldcom
DW

**facsimile**
**TRANSMITTAL**

# LAW OFFICE OF ADRIAN R. REID, P.C.

## 2207 CHESTNUT STREET - PHILADELPHIA, PA 19103 (267) 256-0901

**Name:** Tina Palmer

**Organization:** Hartford Life Philadelphia Housing Authority

**Fax:** (315) 474-3849
**Phone:** (800) 729-1783

**From:** ADRIAN R. REID, ESQ.

DW 4-20-01

**Date:** October 9, 2001

**Subject:** Policy Holder: Worldcom, Inc.
Claimant: Michael McKinnis
Policy No. 673565

**cc:**

**Pages:** 3

****************************************************************

**PLEASE NOTE:** The information contained in this facsimile message is privileged and confidential and is intended only for the use of the individual or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone. Thank you.

H-59

**Law Office of**
**ADRIAN R. REID, ESQUIRE**
**2207 Chestnut Street**
**Suite 200**
**Philadelphia, PA 19103**
**Phone 267-256-0901 Fax 267-256-0911**

October 9, 2001

Via Telefax and First Class Mail
(315) 474-3849

Ms. Tina Palmer
Hartford Life and Accident Insurance
P.O. Box 4726
Syracuse, New York 13221-8922

| | |
|---|---|
| RE: | Policy Holder: Worldcom, Inc. |
| Claimant: | Michael McKinnis |
| S.S. | 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: |
| Policy Number: | GRH 673565 |

Please accept this correspondence as a Letter of Representation on behalf of the above-named individual. Enclosed is a copy of Mr. McKinnis's authorization for release of information to me pertaining to matters of his claim.

Kindly send all future correspondence to my attention. Upon receipt of this letter, please contact me.

Very truly yours,

Adrian R. Reid

ARR:rfl
Enclosure

H-60

**AUTHORIZATION**

**TO WHOM IT MAY CONCERN:**

This will authorize you to release to my attorneys, RODGERS AND REID, their agent(s) or representative(s) the originals or true and correct copies of any and all hospital, medical, police, employment and earnings, bank or other research records, information, and/or other documentation requested by them in connection with the matters wherein they represent me.

My above-named attorneys have been retained by me to prosecute a claim, and your full cooperation with them is requested. You are further instructed to disclose no information to any person(s) without written authority from us to do so.

This shall constitute their sufficient Power of Attorney for obtaining such information, records, and/or documentation.

[signature]

**Date:** 9/11/01

PHOTOCOPY WILL BE SUFFICIENT

H-61

 Dorrine Blea <Dorrine.Blea@wcom.com> on 05/03/2001 04:40:23 PM

To:      Hartford <mci.syracuse@hartfordlife.com>
cc:      hr image <hr-image@wcom.com>, Michelle Clingan <michelle.clingan@wcom.com>

Subject:  Michael Mckinnis


```
SSN: 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        NAME:  Mckinnis, Michael
                     ADDRESS:  2000 Hamilton St # A569
                               Philadelphia, PA 19130

        DEPARTMENT CODE: >
            REGION CODE: BE>
          LOCATION CODE: 630>

            DATE HIRED: 24-JAN-2000>

             JOB TITLE: Sr Sales Rep>
     WORK RELATED (Y/N): N>
        LAST DAY WORKED: 20-APR-2001>
   STD COVERAGE EFF DATE: 01-AUG-2000>
   LTD COVERAGE EFF DATE: 01-AUG-2000>
         DISABILITY DATE: 23-APR-2001>
   SICK PAY PAID THROUGH: none>
```

- winmail.dat

H-62

Workdom 3c8

*Law Office of*
ADRIAN R. REID
*2207 Chestnut Street*
*Suite 200*
*Philadelphia, PA 19103*
*Phone 267-256-0901* *Fax 267-256-0911*

October 16, 2001

Tina Palmer
Hartford Life
P.O. Box 4726
Syracuse, NY 13221-8922

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

**RE: Policy Holder: Worldcom, Inc.**
**Claimant: Michael McKinnis**
**Policy# GRH 673565**

Dear Ms. Palmer:

Attached please find a Authorization form signed by my client requesting his disability records. Please contact me upon receipt of same.

Very truly yours,

Adrian R. Reid

ARR/at

H-63

October 15, 2001

**AUTHORIZATION**

THE HARTFORD INSURANCE COMPANY: RE: DISABILITY RECORDS

This will authorize you to release to my attorneys, RODGERS AND REID, their agent(s) or representative(s) the originals or true and correct copies of any and all hospital, medical, police, employment and earnings, bank or other research records, information, and/or other documentation requested by them in connection with the matters wherein they represent me.

My above-named attorneys have been retained by me to prosecute a claim, and your full cooperation with them is requested. You are further instructed to disclose no information to any person(s) without written authority from us to do so.

This shall constitute their sufficient Power of Attorney for obtaining such information, records, and/or documentation.

[signature]

Date: Oct. 15, 2001

PHOTOCOPY WILL BE SUFFICIENT

H-64

CAM
Worldcom
AF

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
LDW
4-20-01

*Law Office of*
ADRIAN R. REID
*2207 Chestnut Street*
*Suite 200*
*Philadelphia, PA 19103*
*Phone 267-256-0901* *Fax 267-256-0911*

September 25, 2001

Tina Palmer
Hartford Life
P.O. Box 4726
Syracuse, NY 13221-8922

RE: **Policy Holder: Worldcom, Inc.**
**Claimant: Michael McKinnis**
**Policy# GRH 673565**

Dear Ms. Palmer:

I would appreciate it if you would contact me regarding the above. If I do not hear from you in a reasonable period of time I will assume that this matter can only be resolved by civil litigation and other administrative remedies addressed to The Hartford.

Very truly yours,

Adrian R. Reid

ARR/at

 **Dorrine Blea <Dorrine.Blea@wcom.com> on 06/06/2001 04:03:07 PM**

To: Tina.Palmer1@hartfordlife.com
cc:
Fax to:
Subject: FW: michael mckinnis 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

LDW 4-20-01

Tina,

This employee did in fact have sick time and was paid through 4/27, no vacation has been paid out at this time.

Dorrine

-----Original Message-----
From: Tina.Palmer1@hartfordlife.com
[mailto:Tina.Palmer1@hartfordlife.com]
Sent: Wednesday, June 06, 2001 1:43 PM
To: dorrine.blea@wcom.com
Subject: michael mckinnis 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

Did employee use any vacation or sick time during 4/20/01 through 5/18/01....Please let me know.
Thanks.

**Dorrine Blea <Dorrine.Blea@wcom.com> on 06/06/2001 04:08:08 PM**

To: Tina.Palmer1@hartfordlife.com
cc:
Fax to:
Subject: FW: michael mckinnis 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

He should be, but I haven't received the FMLA form yet. I'm sure you have received as many calls as I have from him. Let me know if you need anything else.

Dorrine

-----Original Message-----
From: Tina.Palmer1@hartfordlife.com
[mailto:Tina.Palmer1@hartfordlife.com]
Sent: Wednesday, June 06, 2001 1:53 PM
To: dorrine.blea@wcom.com
Subject: michael mckinnis 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

sorry - also need to know if ee was on any fmla during this time ?

Thanks for your help.

---------------------- Forwarded by Tina M Palmer/HLIFE on 06/06/2001 03:51 PM ---------------------------

Tina M Palmer
06/06/2001 03:42 PM

To: dorrine.blea@wcom.com
cc:
Fax to:
Subject: michael mckinnis 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

Did employee use any vacation or sick time during 4/20/01 through 5/18/01....Please let me know.
Thanks.

Worldcom

LDW 4-20-01

William Silver D.S.W.
1537 Lombard Street
Philadelphia, PA 19146

Dx 296.23
305.00

I saw Michael McKinnis on two occasions, 4/26 and 5/2/01. At the time Michael was experiencing symptoms of depression and anxiety, to the point that he felt he could not work. He felt that there were many personal factors contributing to his anxiety including substance abuse, financial concerns, aging and work related pressures. He notes these symptoms have continued for the past 6 months.

Michael has an alcohol abuse problem, drinking one to two bottles a week. He has also used cocaine, but said he's stopped that at this time. Many areas of Michael's life are in chaos. He has relationship problems as well as career problems. He would ultimately like to change careers for a less stressful job.

It is my recommendation, and Michael concurs, that he would do well in an alcohol rehabilitation program, followed by outpatient treatment. He is impulsive, and the structure of the program would give him the opportunity to focus on some of his life goals. He seems motivated to get hold of his life.

Sincerely,

William Silver

486780946



rson Medical Care - Fairmount

# gress Notes

McKinnis, Michael w/ Ridcom 305

Complete or Imprint with Address-O-Plate

| /Problems and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/18/01 | Wt 227 BP 152/110 | |
| ③ | 37 yo ♂ here for exam as: Medical dept - ST disability for ETOH abuse. | |
| | Meds: Allegra D Flexeril 10mg Nasonex [2bp] - | |
| | ROS Head - post occip. h/a. - stress related. Pain 7/10 - sleeps - Takes Valium 10mg for sleep No nausea. No aura. | |
| | Ears - popping Nose - ⊕ nasal congestion } 2° Throat - allergies. } ENT | |
| | CV: No CP - palpitation c stress. No edema - ∅ orthopnea | |
| | Resp: ∅ dyspnea, cough Asthma previously. | |
| | GI - epigastric / stomach burning belching - ↑ c Etoh ∅ N/V/D/C, ∅ melena | |
| | GU: ∅ dysuria, ∅ ED ↓ ejaculatory semen output over past 4 mos. | |
| | M/S: LBP - football in college. MVA 1994 - takes Flexeril prn. Ankle pain B/L. | |
| | Endocrine: "thirsty" all the time - ∅ polyuria | |

S-MR (Rev. 11/93) MVG 98.509

H-69

MCKINNIS,MICHAEL 6/19/1963

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| | Psych: Bad sleeping – can't stay asleep. Feeling depressed – job very stressful. Appetite ↓ ↓ concentration. ⊕ anhedonia, crying problems getting up in AM. Wants to sleep all the time. ⊕ apathetic thinking. Denies suicidality | SMAST 18 ... |
| (O) | LA 140/112<br>RA 150/114, o 140/98<br>Affect somewhat depressed.<br>Content appropriate.<br>Head NCAT<br>Neck supple, NT, ⊘ masses, ⊘ bruits<br>Ht RRR ⊘ ⊕ S1 S4<br>Chest CTA<br>Abd soft, NT, ⊘ masses<br>extremities<br>• Full ROM<br>• No deformities<br>• pulses 2+ b/l.<br>• No edema<br>Strength 5/5 b/l. | HCTZ 25mg qd<br>Wishes to refuse meds until he sees therapist.<br>must work<br>forms for ST disability |
| (A) | HTN – newly diagnosed<br>Alcohol abuse<br>Depression | RTO 1 wk |
| | [signature] | |
| 5/31/01 | (S) Disability hasn't kicked in yet. Heart feel needs more. Feeling better | |
| (O) | GGT ↑ to 155 – other LFTs sl. elevated.<br>BP 160/102 | |

H-70

Thomas Jefferson University Hospital
Jefferson Health System

MR#
ENC#
Name Mckenna, Michael

Complete or Imprint with Address-O-Plate

Jefferson Medical Care - Fairmount

# Progress Notes

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/31/01 | [illegible] | Fax 315 474-1948 |
| | [illegible] | Prinzide 10/12.5 |
| | [illegible] | EKG |
| | [illegible] | |

IMPORTANT: DO NOT WRITE IN MARGINS

H-71

Hospital

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

...E LANGNER CRNP(FAIRMOUNT)
...OUIS PETRONE MD
... FAIRMOUNT AVE
...LA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

****************************** URINALYSIS: MACROSCOPIC ******************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE | UNITS |
|---|---|---|---|
| Color | **LIGHT AMBER*** | YEL | |
| Appearance | CLEAR | CLER | |
| Spec. Grav. | **1.027H** | 1.010-1.025 | |
| pH | 5 | 5-8 | |
| Protein | NEG | NEG | |
| Glucose | NEG | NEG | |
| Ketone | NEG | NEG | |
| Bilirubin | NEG | NEG | |
| Blood | NEG | NEG | |
| Nitrite | NEG | NEG | |
| Urobil. | NORMAL | NORM | |
| Leuk. Est. | NEG | NEG | |

****************************** URINALYSIS: MICROSCOPIC ******************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE | UNITS |
|---|---|---|---|
| Cells | NONE SEEN | | /HPF |
| Casts | NONE SEEN | | /LPF |
| Crystals | NONE SEEN | | /HPF |
| Other Observ. | 1+ BACTERIA | | /HPF |

CONTINUED FINAL EPISODE REPORT 

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

H-72

...sity Hospital

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

...E LANGNER CRNP(FAIRMOUNT)
...OUIS PETRONE MD
...FAIRMOUNT AVE
...LA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

********************* BASIC METABOLIC PANEL/CHEM 7 PANEL *************************

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| DATE: | 05/18/01 | | | |
| TIME: | 1200 | | | |
| LOC: | NONL | | | |
| Sodium | 137 | | 135-146 | mmol/L |
| Potassium | 4.2 | | 3.5-5.0 | mmol/L |
| Chloride | 104 | | 98-109 | mmol/L |
| [illegible] | 23 | L | 24-32 | mmol/L |
| [illegible] Gap | 10 | | 4-16 | mmol/L |
| [illegible] | 9 | L | 10-22 | mg/dL |
| [illegible] | 95 | | 60-110 | mg/dL |
| [illegible]tinine | 1.1 | | 0.7-1.4 | mg/dL |
| [illegible] | 9.5 | | 8.5-10.5 | mg/dL |

******************************** HEPATIC PANEL *************************************

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| DATE: | 05/18/01 | | | |
| TIME: | 1200 | | | |
| LOC: | NONL | | | |
| Total Protein | 7.5 | | 6.0-8.5 | g/dL |
| Albumin | 4.7 | | 3.2-4.9 | g/dL |
| Total Bili | 0.3 | | 0.2-1.2 | mg/dL |
| Direct Bili | 0.0 | | 0.0-0.4 | mg/dL |
| Alk Phos | 61 | | 29-92 | IU/L |
| AST(GOT) | 43 | H | 7-42 | IU/L |
| ALT(GPT) | 46 | H | 1-45 | IU/L |

CONTINUED FINAL EPISODE REPORT PAGE 2

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
...DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

H-73

Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

---

*********************************** SERUM CHEMISTRY ***********************************

TEST: GGT
UNITS: IU/L
RANGE: 10-40

05/18/01
1200 155H

pull chart

*********************************** SERUM LIPIDS ***********************************

| TEST: | Cholesterol | HDL | LDL-(Calc) | Triglyceride |
|---|---|---|---|---|
| Desirable : | <200 mg/dL | >50mg/dL | <130mg/dL | |
| Borderline: | 200-240mg/dL | 40-50mg/dL | 130-160mg/dL | |
| High Risk : | >240 mg/dL | <40mg/dL | >160mg/dL | |
| UNITS: | mg/dL | mg/dL | mg/dL | mg/dL |
| RANGE: | | | | 60-250 |
| 05/18/01 1200 | 173 | 46 | 102 | 126 |

END OF REPORT FINAL EPISODE REPORT PAGE 3

---

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

H-74

Worldcom
BCS

*Law Offices of*
*ADRIAN R. REID*
*2207 Chestnut Street*
*Suite 200*
*Philadelphia, PA 19103*
*267-256-0901*

TMP

LDW
4-20-01

VIA: Fax 315-474-3849

The Hartford
Tina M. Palmer
P.O. Box 4726
Syracuse, NY 13221-8922

**RE: Michael McKinnis**
**Worldcom, Inc.**
**SSN: 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**
**Policy# GRH 673565**

Dear Ms. Palmer:

Please be advised that I have been retained in the above. Enclosed please find a June 15, 2001 report from Dr. Petrone. It is self-explanatory.

In particular, my client is making a claim for short term disability starting on May 18, 2001. The plain language of the policy as well as your correspondence indicates that he is entitled to same. If you have any questions or concerns please do not hesitate to contact me.

Please be advised that for the purposes of your organization this is a "appeal", as I understand that term to be used by The Hartford.

Very truly yours,

Adrian R. Reid

ARR/at

H-75

Woolsoon TMP

| Date/Problems No. and Description | Findings (Subjective and Objective) | Plans |
|---|---|---|
| | Psych: Bad sleeping – can't stay asleep. Feeling depressed – job very stressful. Appetite ↓ ↓ concentration. ⊕ anhedonia, crying problems getting up in AM. Wants to sleep all the time. ⊕ apathetic thinking. Denies suicidality | SMA 7, UA TC, LFTs<br>HCTZ 25 mg qd<br>Wishes to defer ψ meds until he sees therapist next wk.<br>Form for ST disability |
| (O) | LA 140/112<br>RA 150/114 → 140/98<br>Affect somewhat depressed.<br>Content appropriate.<br>Head NCAT<br>Neck supple, NT, ⊖ masses, ⊖ bruits<br>Ht RRR ⊖ ⊕ S1S4<br>Chest CTA<br>Abd soft, NT, ⊖ masses<br>extremities<br>• Full ROM<br>• No deformities<br>• pulses 2+ b/L.<br>• No edema<br>Strength 5/5 b/L. | |
| (A) | HTN – newly diagnosed<br>Alcohol abuse<br>Depression<br>PTD 1 NK | |
| | S Rangunekar [signature] | |
| 5/31/01 | (S) Disability hasn't kicked in yet. Hartford needs more records. Feeling tense | |
| (O) | GGT ↑ to 155 – other LFTs sl. elevated.<br>BP 160/102 | |

MAJ 58.5098

NORMAN BROUDY, M.D.
& ASSOCIATES

WILLIAM SILVER, DSW

TELEPHONE
(302) 656-7110 EXT. 29

825 WASHINGTON STREET
WILMINGTON, DELAWARE 19801

Hartford Life

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA 19130

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Mr. Mckinnis:

IMPORTANT INFORMATION REGARDING YOUR SHORT TERM DISABILITY BENEFITS
PLEASE READ THIS LETTER CAREFULLY

Thank you for your recent call providing notice of your Short Term Disability Claim. As discussed in our telephone conversation, this letter reiterates the information required to evaluate your claim. Please find a list of necessary information below:

1. Confirmation of Coverage from your employer. We have requested this information.

Please Call this number to Give Info

2. Information from your physician's office regarding your functional capabilities and limitations. As discussed, your physician's office must call Hartford Life, Inc. at (800) 729-1783 as soon as possible. If you have not contacted your physician's office, please do so immediately to request that they call us. Please ask that they have your chart available to provide the following information as applicable:

Any Q. Call me at this Number. 215-266-4644. Mike

- Diagnosis and procedures performed
- Treatment dates, treatment plan and medications
- Examination findings and diagnostic test results
- Specific limitations affecting your ability to work
- Expected recovery dates and treatment plan

After we have received your employer and physician information, your claim will be evaluated and we will determine if you are eligible to receive benefits.

5/18/01
Hartford notified
SL

Benefit Management Services
Syracuse Disability Claim Office
P.O. Box 4726
Syracuse, NY 13221-8922
Fax (315) 474-3849

H-77

Thomas Jefferson University Hospital
Jefferson Health System

MR#
ENC#
Name McKenna, Michael

Complete or imprint with Address-O-Plate

Jefferson Medical Care - Fairmount

# Progress Notes

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/30/01 | [illegible] | Fax |
| | chest [illegible] | 315 474- |
| | [illegible] | 1948 |
| | NO [illegible] | |
| | | Pinazide 10/12.5 |
| | | ~~10/20~~ |
| | HTN | EKG |
| | [illegible] | |
| | [illegible] | RTO 2 wks |
| | | ✓ BP |

IMPORTANT: DO NOT WRITE IN MARGINS

Form [illegible] (Rev. 11/98)

H-78

Thomas Jefferson University Hospital
Jefferson Health System

MR#
ENC#
Name Michael McKinnis

Jefferson Medical Care - Fairmount

# Progress Notes

Complete or imprint with Address-O-Plate

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/18/01 | Wt 227 BP 152/110 | |
| | (3) 37 yo ♂ here for exam re: federal legal - ST disability for EtOH abuse. | |
| | Meds: Allegra D, Nasonex, Flexeril 10mg (LBP) - | |
| | ROS Head - post occipital h/a. - stress related. Pain 7/10 - sleeps - Takes Valium 10mg for sleep No nausea. No aura. | |
| | Ears - popping. Nose - ⊕ nasal congestion } Sees ENT. Throat - allergies. CV - No cp - palpitations c stress. No edema - ø orthopnea | |
| | Resp: ø dyspnea, cough. Asthma previously. | |
| | GI - epigastric / sternal burning belching. - ↑ c Etoh ø N/V/D/C, ø melena | |
| | GU: ø dysuria, ø ED ↓ ejaculatory semen output over past 4 mos. | |
| | M/S: LBP - football in college. MVA 1994 - takes Flexeril prn. Ankle pain B/L. | |
| | Endocrine: "thirsty" all the time - ø polyuria | |

Form 62656S-NG (Rev. 11/99)

H-79

Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

************************ BASIC METABOLIC PANEL/CHEM 7 PANEL ************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| Test | Result | Flag | REF RANGE | UNITS |
|---|---|---|---|---|
| Sodium | 137 | | 135-146 | mmol/L |
| Potassium | 4.2 | | 3.5-5.0 | mmol/L |
| Chloride | 104 | | 98-109 | mmol/L |
| CO2 | 23 | L | 24-32 | mmol/L |
| Anion Gap | 10 | | 4-16 | mmol/L |
| Urea-N | 9 | L | 10-22 | mg/dL |
| Glucose | 95 | | 60-110 | mg/dL |
| Creatinine | 1.1 | | 0.7-1.4 | mg/dL |
| Calcium | 9.5 | | 8.5-10.5 | mg/dL |

************************************ HEPATIC PANEL ************************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| Test | Result | Flag | REF RANGE | UNITS |
|---|---|---|---|---|
| Total Protein | 7.5 | | 6.0-8.5 | g/dL |
| Albumin | 4.7 | | 3.2-4.9 | g/dL |
| Total Bili | 0.3 | | 0.2-1.2 | mg/dL |
| Direct Bili | 0.0 | | 0.0-0.4 | mg/dL |
| Alk Phos | 61 | | 29-92 | IU/L |
| AST(GOT) | 43 | H | 7-42 | IU/L |
| ALT(GPT) | 46 | H | 1-45 | IU/L |

CONTINUED

FINAL EPISODE REPORT

PAGE 2

PATIENT: MCKINNIS,MICHAEL
x=NEW DATA THIS REPORT

LOCATION: NONL
H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

H-80



Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

******************************** URINALYSIS: MACROSCOPIC ********************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE UNITS |
|---|---|---|
| Color | **LIGHT AMBER*** | YEL |
| Appearance | CLEAR | CLER |
| Spec. Grav. | **1.027H** | 1.010-1.025 |
| pH | 5 | 5-8 |
| Protein | NEG | NEG |
| Glucose | NEG | NEG |
| Ketone | NEG | NEG |
| Bilirubin | NEG | NEG |
| Blood | NEG | NEG |
| Nitrite | NEG | NEG |
| Urobil. | NORMAL | NORM |
| Leuk. Est. | NEG | NEG |

******************************** URINALYSIS: MICROSCOPIC ********************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE | UNITS |
|---|---|---|---|
| Cells | NONE SEEN | | /HPF |
| Casts | NONE SEEN | | /LPF |
| Crystals | NONE SEEN | | /HPF |
| Other Observ. | 1+ BACTERIA | | /HPF |

CONTINUED

FINAL EPISODE REPORT PAGE 1

PATIENT: MCKINNIS,MICHAEL
x=NEW DATA THIS REPORT

LOCATION: NONL
H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

(REV. 6/98)

H-81

Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 05/19/1963
MR No. 3138771 ACCT No. 21914538

*********************************** SERUM CHEMISTRY ***************************************

| TEST: | GGT |
|---|---|
| UNITS: | IU/L |
| RANGE: | 10-40 |
| 05/18/01 1200 | 155H |

pull chart

************************************** SERUM LIPIDS **************************************

| TEST: | Cholesterol | HDL | LDL-(Calc) | Triglyceride |
|---|---|---|---|---|
| Desirable : | <200 mg/dL | >50mg/dL | <130mg/dL | |
| Borderline: | 200-240mg/dL | 40-50mg/dL | 130-160mg/dL | |
| High Risk : | >240 mg/dL | <40mg/dL | >160mg/dL | |
| UNITS: | mg/dL | mg/dL | mg/dL | mg/dL |
| RANGE: | | | | 60-250 |
| 05/18/01 1200 | 173 | 46 | 102 | 126 |

END OF REPORT FINAL EPISODE REPORT PAGE 3

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

(REV 6/96)

H-82



06/06/2001 ... NO.305 P05

Z

Rx:

05/31/2001 10:35:11 AM MCKINNIS, MICHAEL
38 years Male

BP:

Jefferson Medical Care

Oper: MPH

| | |
|---|---|
| Rate | 70 |
| PR | 151 |
| QRSD | 77 |
| QT | 339 |
| QTc | 366 |

--AXIS--

| | |
|---|---|
| P | 67 |
| QRS | 65 |
| T | 15 |

. Normal sinus rhythm, rate 70......................Normal P axis, PR, rate & rhythm

. Early transition.......................................QRS positive in V2

. Nonspecific Inferior T abnormalities....................T neg or T/QRS ratio <.05 2,3,F

Requested by:
LANGNER

BORDERLINE ECG -

PRELIMINARY-MD MUST REVIEW

H-83

5. Permanent/Long-term Conditions Requiring Supervision
A period of incapacity[2] which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)
Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity[1] of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), kidney disease (dialysis).

H-84

A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:

1. Hospital Care
Inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity [2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment
(a) A period of incapacity [2] of more than three consecutive calendar days (including any subsequent treatment or period of incapacity [2] relating to the same condition), that also Involves:

(1) Treatment [3] two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or

(2) Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment[4] under the supervision of the health care provider.

3. Pregnancy
Any period of incapacity due to pregnancy, or for prenatal care.

4. Chronic Conditions Requiring Treatments
A chronic condition which:

(1) Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

(2) Continues over an extended period of time (including recurring episodes of a single underlying condition); and

(3) May cause episodic rather than a continuing period of incapacity [2] (e.g., asthma, diabetes, epilepsy, etc.).

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

(c). If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

Prescription drugs

7 (a). If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind? ______

at present, unable to work

(b). If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)?________ If yes, please list the essential functions the employee is unable to perform:

(c). If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment? _____

8 (a). If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation? ________

(b). If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?____

(c). If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

Suzanne K. [illegible] CRNP PhD
(Signature of Health Care Provider)

Family Practice
(Type of Practice)

2305 Fairmount Ave
(Address) Phila, Pa 19130

215-503-8057
(Telephone number)

To be completed by the employee needing family leave to care for a family member:

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for your to work less than a full schedule:

______________________
(Employee signature)

______________
(Date)

H-86

# FAMILY AND MEDICAL LEAVE REQUEST CERTIFICATION FORM

1. Employee's Name:

2. Patient's Name (if different from employee):

3. The attached sheet describes what is meant by a "serious health condition" under the Fam and Medical Leave Act. Does the patient's condition [1] qualify under any of the categories described? If so, please check the applicable category.

(1) ✓ (2) ✓ (3) ___ (4) ✓ (5) ___ (6) ✓, or None of the above ___

4. Describe the medical facts which support your certification, including a brief statement a how the medical facts meet the criteria of one of these categories:

Alcohol abuse, Hypertension

5 (a). State the approximate date the condition commenced, and the probable duration of condition (and also the probable duration of the patient's present incapacity [1] if different):

Alcohol abuse 2/01 Depression 2/01
HTN 5/01

(b). Will it be necessary for the employee to take work only intermittently or to work on than full schedule as a result of the condition (including for treatment described in Item below)? yes

If yes, give the probable duration:

(c). If the condition is a chronic condition (condition #4) or pregnancy, state whether patient is presently incapacitated [2] and the likely duration and frequency of episodes of incapacity [1]: Hypertension — needs chronic treatment

6 (a). If additional treatments will be required for the condition, provide an estimate of probable number of such treatments: HTN ~ indefinite

If the patient will be absent from work or other daily activities because of treatment intermittent or part-time basis, also provide an estimate of the probable number and between such treatments, actual or estimated dates of treatment if known, and pe for recovery if any: HTN ~ visit monthly indefinite ETOH abuse & depression

(b). If any of these treatments will be provided by another provider of health ser physical therapist), please state the nature of the treatments:

---

[1] Here and elsewhere on this form, the information sought relates only to the co the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, atten perform other regular daily activities due to the serious health condition, treatm recovery therefrom.

H-87

verbal Release of records given by Patient to Dr. Langner & Sixa 6/6/01

Hartford Life
Worldcom
TMP

May 26, 2001

Michael Mckinnis
2000 Hamilton St # A569
Philadelphia, PA 19130

215-266-4446

Policy Holder: Worldcom, Inc.
Claimant: Michael Mckinnis
SSN: 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
Policy Number: GRH 673565

Dear Mr. Mckinnis:

In order to fully evaluate this claim for Short Term Disability (STD) benefits, we need the following information:

Based on the information we received, your effective date of coverage under this policy was 08/01/2000. Since your disability began within the first 90 days of your coverage, we must investigate your claim to be sure that your disability has not resulted from a pre-existing condition.

Please have your physician(s) send in all medical records and test results between the look back period of 10/3/00 through 12/31/00 for your present condition. Also, will need Dr. Silver's dictation notes on his evaluation of your first office visit. Your employer needs to send in sick hours paid to you from 4/20/01 through 5/17/01 or medical information that certifies your disability during this period with complications, restrictions, functional limitations, treatment plan and estimated return to work date. All information is due on or prior to 6/11/01.

Please return all requested information within thirty (30) days in order to avoid any delays in processing your claim for benefits.

If you have any questions, please feel free to contact our office at (800) 729-1783. Our office hours are 8:00 AM to 6:00 PM EST, Monday through Friday.

Sincerely,

Tim M. Palmer, Examiner
Hartford Life and Accident Insurance Co.

Benefit Management Services

** TOTAL PAGE.02 **



MR#
ENC#
Name Michael McKinnis

Complete or Imprint with Address-O-Plate

Jefferson Medical Care - Fairmount

# Progress Notes

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/18/01 | Wt 227 BP 152/110 | |
| | (5) 37 yo ♂ here for exam re: medical leave - ST disability for ETOH abuse. | |
| | Meds: Allegra D, Nasonex, Flexeril 10 mg (LBP) - | |
| | ROS Head - post occipital h/a. - stress related. Pain 7/10 - sleeps - Takes Valium 10 mg for sleep. No nausea. No aura. | |
| | Ears - popping. Nose - ⊕ nasal congestion } Throat - allergies: } [illegible] | |
| | CV: No cp - palpitations c̄ stress. No edema. - ⊖ orthopnea | |
| | Resp: ⊖ dyspnea, cough. Asthma [illegible]; | |
| | GI - epigastric / stress burning belching. - ↑ c̄ ETOH. ⊖ N/V/D/C, ⊖ melena | |
| | GU: ⊖ dysuria, ⊕ ED ↓ ejaculatory semen output over past 4 mos. | |
| | M/S: LBP - football in college. MVA 1994 - takes Flexeril prn. Ankle pain b/l. | |
| | Endocrine: "thirsty" all the time - ⊖ polyuria | |

IMPORTANT: DO NOT WRITE IN MARGINS

Form 4465NS-MR (Rev. 11/98) MUG 98.5090

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
| --- | --- | --- |
| | Psych: Bad sleeping - cant stay asleep. Feeling depressed - job very stressful. Appetite ↓ ↓ concentration. ⊕ anhedonia, crying problems getting up in AM. Wants to sleep all the time. ⊕ negative thinking. Denies suicidality | SMA 7, UA, TC, LFTs. HCTZ 25 mg qd. Wishes to defer ψ meds until he sees therapist next wk. Forms for ST disability |
| | (O) LA 140/112 RA 150/112 ⊙ 140/98. Affect somewhat depressed. Content appropriate. Head NCAT. Neck supple, NT, ⊘ masses, ⊘ bruits. Ht RRR, ⊘ ⊕ S3S4. Chest CTA. Abd soft, NT, ⊘ masses. Extremities: • Full ROM • No deformities • pulses 2+ b/l. • No edema. Strength 5/5 b/l. | |
| | (A) HTN - newly diagnosed. Alcohol abuse. Depression. RTO 1 wk | |
| | D Hargreaves [signature] | |
| 5/31/01 | (S) Disability hasn't kicked in yet - Hartford needs more records. Feeling tense | |
| | (O) GGT ↑ to 155 - other LFTs sl. elevated. BP 160/102 | |

Thomas Jefferson University Hospital
Jefferson Health System

MR#
ENC#
Name mckenna, michael

Complete or Imprint with Address-O-Plate

Jefferson Medical Care - Fairmount

# Progress Notes

| Date/Problems No. and Description | Findings (subjective and Objective) | Plans |
|---|---|---|
| 5/31/01 | [illegible] chest CTA [illegible] NO [illegible] | Fax 315 474-1948 |
| | | [illegible] 10/12.5 ~~10/25~~ |
| | | EKG |
| | HTN [illegible] | RTD 2 wks |
| | [illegible] | ✓ BP |

Form 4465NS-MR (Rev. 11/98)

Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

************************************ SERUM CHEMISTRY ************************************

| TEST: | GGT |
|---|---|
| UNITS: | IU/L |
| RANGE: | 10-40 |
| 05/18/01 1200 | 155H |

pull chart

************************************* SERUM LIPIDS ************************************

| TEST: | Cholesterol | HDL | LDL-(Calc) | Triglyceride |
|---|---|---|---|---|
| Desirable | <200 mg/dL | >50mg/dL | <130mg/dL | |
| Borderline | 200-240mg/dL | 40-50mg/dL | 130-160mg/dL | |
| High Risk | >240 mg/dL | <40mg/dL | >160mg/dL | |
| UNITS: | mg/dL | mg/dL | mg/dL | mg/dL |
| RANGE: | | | | 60-250 |
| 05/18/01 1200 | 173 | 46 | 102 | 126 |

PAGE 3

END OF REPORT FINAL EPISODE REPORT

PATIENT: MCKINNIS,MICHAEL
x=NEW DATA THIS REPORT

H, L, OR *=ABNORMAL RESULT

LOCATION: NONL
PRINTED 05/21/2001 00:

0480-05 (REV. 6/96)

Thomas Jefferson University Hospital
Jefferson Health System.

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

******************************* URINALYSIS: MACROSCOPIC *******************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE UNITS |
|---|---|---|
| Color | **LIGHT AMBER*** | YEL |
| Appearance | CLEAR | CLER |
| Spec. Grav. | **1.027H** | 1.010-1.025 |
| pH | 5 | 5-8 |
| Protein | NEG | NEG |
| Glucose | NEG | NEG |
| Ketone | NEG | NEG |
| Bilirubin | NEG | NEG |
| Blood | NEG | NEG |
| Nitrite | NEG | NEG |
| Urobil. | NORMAL | NORM |
| Leuk. Est. | NEG | NEG |

******************************* URINALYSIS: MICROSCOPIC *******************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | REF RANGE | UNITS |
|---|---|---|---|
| Cells | NONE SEEN | | /HPF |
| Casts | NONE SEEN | | /LPF |
| Crystals | NONE SEEN | | /HPF |
| Other Observ. | 1+ BACTERIA | | /HPF |

CONTINUED FINAL EPISODE REPORT PAGE 1

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:1?



Thomas Jefferson University Hospital
Jefferson Health System

THOMAS JEFFERSON UNIVERSITY HOSPITAL
CLINICAL and ANATOMIC PATHOLOGY
DIRECTOR, FRED GORSTEIN, M.D.

SUZANNE LANGNER CRNP(FAIRMOUNT)
C/O LOUIS PETRONE MD
2305 FAIRMOUNT AVE
PHILA PA 19130-2515

PATIENT MCKINNIS,MICHAEL
PATIENT TELEPHONE No. (215)999-9999
AGE 37Y SEX M DOB: 06/19/1963
MR No. 3138771 ACCT No. 21914538

------------------------------------------------------------------------

************************* BASIC METABOLIC PANEL/CHEM 7 PANEL *************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| Sodium | 137 | | 135-146 | mmol/L |
| Potassium | 4.2 | | 3.5-5.0 | mmol/L |
| Chloride | 104 | | 98-109 | mmol/L |
| CO2 | **23** | **L** | 24-32 | mmol/L |
| Anion Gap | 10 | | 4-16 | mmol/L |
| Urea-N | **9** | **L** | 10-22 | mg/dL |
| Glucose | 95 | | 60-110 | mg/dL |
| Creatinine | 1.1 | | 0.7-1.4 | mg/dL |
| Calcium | 9.5 | | 8.5-10.5 | mg/dL |

************************************ HEPATIC PANEL ************************************

DATE: 05/18/01
TIME: 1200
LOC: NONL

| | | | REF RANGE | UNITS |
|---|---|---|---|---|
| Total Protein | 7.5 | | 6.0-8.5 | g/dL |
| Albumin | 4.7 | | 3.2-4.9 | g/dL |
| Total Bili | 0.3 | | 0.2-1.2 | mg/dL |
| Direct Bili | 0.0 | | 0.0-0.4 | mg/dL |
| Alk Phos | 61 | | 29-92 | IU/L |
| AST(GOT) | **43** | **H** | 7-42 | IU/L |
| ALT(GPT) | **46** | **H** | 1-45 | IU/L |

CONTINUED FINAL EPISODE REPORT PAGE 2

------------------------------------------------------------------------

PATIENT: MCKINNIS,MICHAEL LOCATION: NONL
x=NEW DATA THIS REPORT H, L, OR *=ABNORMAL RESULT PRINTED 05/21/2001 00:17

1-480-05 (REV. 6/96)

Z

05/31/200[illegible] 38 years Male

Rx:

Oper: MPH

Rate 70
PR 151
QRSD 77
QT 339
QTc 366

--AXIS--
P 67
QRS 65
T 15

. Normal sinus rhythm, rate 70 ........................Normal P axis, PR, rate & rhythm
. Early transition ........................................QRS positive in V2
. Nonspecific Inferior T abnormalities ..............T neg or T/QRS ratio <.05 2,3,F

Requested by: LANGNER

- BORDERLINE ECG -

PRELIMINARY-MD MUST REVIEW

I aVR V1 V4
II aVL V2 V5
III aVF V3 V6
II

H-95

60A 0.15-150 Hz HP708 0111

Speed: 25 mm/sec Limb: 10 mm/mV Chest: 10 mm/mV

RECORDER HP M1707A

HEWLETT PACKARD

# FAMILY AND MEDICAL LEAVE REQUEST CERTIFICATION FORM

1. Employee's Name:

2. Patient's Name (if different from employee):

3. The attached sheet describes what is meant by a "serious health condition" under the Fa[illegible] and Medical Leave Act. Does the patient's condition [1] qualify under any of the categories described? If so, please check the applicable category.

(1) ✓ (2) ✓ (3) ___ (4) ✓ (5) ___ (6) ✓, or None of the above ___

4. Describe the medical facts which support your certification, including a brief statemen[illegible] how the medical facts meet the criteria of one of these categories:

Alcohol abuse, Hypertension

5 (a). State the approximate date the condition commenced, and the probable duration [illegible] condition (and also the probable duration of the patient's present incapacity [1] if differen[illegible]

Alcohol abuse 2/01 Depression 2/01
HTN 5/01

(b). Will it be necessary for the employee to take work only intermittently or to work [illegible] than full schedule as a result of the condition (including for treatment described in Item below)? yes

If yes, give the probable duration:

(c). If the condition is a chronic condition (condition #4) or pregnancy, state whethe[illegible] patient is presently incapacitated [2] and the likely duration and frequency of episode[illegible] incapacity [1]: Hypertension — needs chronic treatment.

6 (a). If additional treatments will be required for the condition, provide an estimate probable number of such treatments: HTN ~ indefinite

If the patient will be absent from work or other daily activities because of treatme[illegible] intermittent or part-time basis, also provide an estimate of the probable number [illegible] between such treatments, actual or estimated dates of treatment if known, and p[illegible] for recovery if any: HTN ~ visit monthly indefinite ETOH abuse & depression

(b). If any of these treatments will be provided by another provider of health se[illegible] physical therapist), please state the nature of the treatments:

---

[1] Here and elsewhere on this form, the information sought relates only to the c[illegible] the employee is taking FMLA leave.

[2] "Incapacity," for purposes of FMLA, is defined to mean inability to work, att[illegible] perform other regular daily activities due to the serious health condition, trea[illegible] recovery therefrom.

(c). If a regimen of continuing treatment by the patient is required under your supervision, provide a general description of such regimen (e.g., prescription drugs, physical therapy requiring special equipment):

Prescription drugs

7 (a). If medical leave is required for the employee's absence from work because of the employee's own condition (including absences due to pregnancy or a chronic condition), is the employee unable to perform work of any kind? ______

at present, unable to work

(b). If able to perform some work, is the employee unable to perform any one or more of the essential functions of the employee's job (the employee or the employer should supply you with information about the essential job functions)?________ If yes, please list the essential functions the employee is unable to perform:

(c). If neither a. nor b. applies, is it necessary for the employee to be absent from work for treatment? _____

8 (a). If leave is required to care for a family member of the employee with a serious health condition, does the patient require assistance for basic medical or personal needs or safety, or for transportation? __________

(b). If no, would the employee's presence to provide psychological comfort be beneficial to the patient or assist in the patient's recovery?____

(c). If the patient will need care only intermittently or on a part-time basis, please indicate the probable duration of this need:

Suzanne K Langner CRNP PhD
(Signature of Health Care Provider)

Family Practice
(Type of Practice)

2305 Fairmount Ave
(Address) Phila, Pa 19130

215-503-8055
(Telephone number)

To be completed by the employee needing family leave to care for a family member:

State the care you will provide and an estimate of the period during which care will be provided, including a schedule if leave is to be taken intermittently or if it will be necessary for your to work less than a full schedule:

______________________
(Employee signature)

______________
(Date)

A "Serious Health Condition" means an illness, injury, impairment, or physical or mental condition that involves one of the following:

1. Hospital Care
Inpatient care (i.e., an overnight stay) in a hospital, hospice, or residential medical care facility, including any period of incapacity [2] or subsequent treatment in connection with or consequent to such inpatient care.

2. Absence Plus Treatment
(a) A period of incapacity [2] of more than three consecutive calendar days (including any subsequent treatment or period of incapacity [2] relating to the same condition), that also involves:

(1) Treatment [3] two or more times by a health care provider, by a nurse or physician's assistant under direct supervision of a health care provider, or by a provider of health care services (e.g., physical therapist) under orders of, or on referral by, a health care provider; or

(2) Treatment by a health care provider on at least one occasion which results in a regimen of continuing treatment[4] under the supervision of the health care provider.

3. Pregnancy
Any period of incapacity due to pregnancy, or for prenatal care.

4. Chronic Conditions Requiring Treatments
A chronic condition which:

(1) Requires periodic visits for treatment by a health care provider, or by a nurse or physician's assistant under direct supervision of a health care provider;

(2) Continues over an extended period of time (including recurring episodes of a single underlying condition); and

(3) May cause episodic rather than a continuing period of incapacity [2] (e.g., asthma, diabetes, epilepsy, etc.).

---

[3] Treatment includes examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does not include routine physical examinations, eye examinations, or dental examinations.

[4] A regimen of continuing treatment includes, for example, a course of prescription medication (e.g., an antibiotic) or therapy requiring special equipment to resolve or alleviate the health condition. A regimen of treatment does not include the taking of over-the-counter medications such as aspirin, antihistamines, or salves; or bed-rest, drinking fluids, exercise, and other similar activities that can be initiated without a visit to a health care provider.

5. Permanent/Long-term Conditions Requiring Supervision

A period of incapacity[2] which is permanent or long-term due to a condition for which treatment may not be effective. The employee or family member must be under the continuing supervision of, but need not be receiving active treatment by, a health care provider. Examples include Alzheimer's, a severe stroke, or the terminal stages of a disease.

6. Multiple Treatments (Non-Chronic Conditions)

Any period of absence to receive multiple treatments (including any period of recovery therefrom) by a health care provider or by a provider of health care services under orders of, or on referral by, a health care provider, either for restorative surgery after an accident or other injury, or for a condition that would likely result in a period of incapacity[1] of more than three consecutive calendar days in the absence of medical intervention or treatment, such as cancer (chemotherapy, radiation, etc.), severe arthritis (physical therapy), kidney disease (dialysis).

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

05/09/2002 04:45:02 p.m. ET Amy L Fraher Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

received summons; sent overnight to law department and made copy for file.

01/22/2002 02:43:36 p.m. ET Tania M Scholder Examiner Syracuse
Type of Call: Incoming Date of Call: 01/22/2002
Name: Adrian Reid-Attorney
Phone: Extension: Fax Number:
Call To/From: Attorney
Conversation with: Adrian Reid

Adrian Reid, clmt's attorney called to check status of claim.
attempted to call J. Chajka-who took med and recieved vm.
Consulted L. Morgan and Adrian was transferred to her vm.

10/19/2001 10:55:56 a.m. ET Kimberly L Colbert Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

rcvd corrected auth from ee to release info to hartford insurance comp

10/16/2001 03:54:55 p.m. ET Baronda C Staten Examiner Syracuse
Type: Mail Receipt

auth fax rec'd

10/16/2001 09:23:10 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 10/16/2001
Name: Law Offices Of Adrian Reid
Phone: (267) 256-0901 Extension: Fax Number:
Call To/From: Attorney
Conversation with:
Not Contacted: Left Message

CALLED ATTNY - LMSG ON MACHINE ......AUTHORIZATION IS ADDRESSED TO "TO WHOM IT MAY CONCERN"...
****AUTHORIZATION NEEDS TO BE ADDRESSED TO HARTFORD LIFE TO RELEASE INFORM. TO ATTNY ******

10/16/2001 09:14:39 a.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

*********recd a cover ltr from attny: adrian reid - attached is authorization form signed by ee dated 9/17/01....
TO WHOM IT MAY CONCERN:

H-100

Report: E401773R The Hartford - Benefit Management Services Page 2
Office: Syracuse Disability Claim Office Comments: Summary Detail Report
Date Of Report:05/15/2002 Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

THIS WILL AUTHORIZE YOU TO RELEASE TO MY ATTORNEYS, RODGERS AND REID, THEIR AGENT(S) OR REPRESENTATIVE(S) THE ORIGINALS OR TRUE AND CORRECT COPIES OF ANY AND ALL HOSPITIAL, MEDICAL, POLICE, EMPLOYMENT AND EARNINGS, BANK OR OTHER RESEARCH RECORDS, INFORMATION, AND/OR OTHER DOCUMENTATION REQUESTED BY THEM IN CONNECTION WITH THE MATTERS WHEREIN THEY REPRESENT ME. MY ABOVE - NAMED ATTORNEYS HAVE BEEN RETAINED BY ME TO PROSECUTE A CLAIM , AND YOUR FULL COOPERATION WITH THEM IS REQUESTED. YOU ARE FURTHER INSTRUCTED TO DISCLOSE NO INFORMATION TO ANY PERSON(S) WITHOUT WRITTEN AUTHORITY FROM US TO DO SO. THIS SHALL CONSTITUE THEIR SUFFICIENT POWER OF ATTORNEY FOR OBTAINING SUCH INFORMATION, RECORDS, AND/OR DOCUMENTATION.....

"THIS DOES NOT INDICATE THAT HARTFORD LIFE IS AUTHORIZED TO RELEASE INFO. "

10/11/2001 11:31:27 a.m. ET Kimberly L Colbert Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

RCVD AUTH FROM EE TO SPEAK WITH ATTNY ADRIAN REID.

10/09/2001 03:44:30 p.m. ET Amy Wrightsman Examiner Syracuse
Type: Mail Receipt

fax recv'd. autho to release med

10/05/2001 05:02:10 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 10/05/2001 Call To/From: Attorney
Name: Law Offices Of Adrian Reid Conversation with:
Phone: (267) 256-0901 Extension: Fax Number: Not Contacted: Left Message

recd ltr from attny/mr. reid - dated 9/25/01 to contact him - or this matter can only be resolved by civil litigation & other administrative remedies addressed to the hartford
called attny - lmsg on answering machine - advised need signed autho w/ee & attny's names - having ee authorize hartford to release claim inform. - ee has recd a denial ltr that explains info. needed...

10/02/2001 09:25:22 a.m. ET Amy J Fairbanks Syracuse
Type: Mail Receipt

Rec. mail

06/25/2001 10:42:08 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 06/25/2001 Call To/From: Attorney
Name: Law Offices Of Adrian Reid Conversation with:
Phone: (267) 256-0901 Extension: Fax Number: Not Contacted: Line Busy

spoke to april - lmsg advised need signed autho. from ee to release info. & recd ltr w/out attached ltr as noted

H-101

Report: E401773R The Hartford - Benefit Management Services Page 3
Office: Syracuse Disability Claim Office Comments: Summary Detail Report
Date Of Report:05/15/2002 Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

06/25/2001 10:36:25 a.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

recd a ltr fax dated 6/20/01 - from law offices of adrian r. reid 2207 chestnut street sute 200 philadelphia, pa 19103 phone number 267 256 0901 - please be advised that I have been retained in the above. enclosed please find a june 15, 2001 report from dr. petrone, it is self - explanatory. in particular , my client is making a claim for short term disability starting on 5/18/01. the plain language of the policy as well as your correspondence indicates that he is entitled to same. if you have any qustions or concerns please do not hesitate to contact me. please be advised that for the purposes of your organization this is a "appeal", as I understand that term to be used by the hartford. .....
there is no attachment to this fax ltr - filed

06/21/2001 11:12:04 a.m. ET Baronda C Staten Examiner Syracuse
Type: Mail Receipt

letter from att rec'd

06/17/2001 12:30:38 p.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

recd duplc medical info. - already recd - filed

06/15/2001 12:23:50 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 06/15/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

recd vmsg from ee to call will get attny - called ee - did not rec denial ltr - sent another copy to ee by fax to 215 235 5328
advised if ee gets attny to have him call...refaxed copy of denial ltr to ee

06/15/2001 11:42:04 a.m. ET Rheta West Examiner Syracuse
Type of Call: Incoming Date of Call: 06/15/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

advised 5 bus days

H-102

Report: E401773R The Hartford - Benefit Management Services Page 4
Office: Syracuse Disability Claim Office Comments: Summary Detail Report
Date Of Report:05/15/2002 Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

06/14/2001 03:17:17 p.m. ET Regina R Irby Examiner Syracuse
Type of Call: Incoming Date of Call: 06/14/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

spoke with ee would like call back with status if approved also / more medical needed.

06/13/2001 10:58:07 a.m. ET Julie A Lamay Examiner Syracuse
Type: Mail Receipt

medical records rec'd.

06/13/2001 10:37:39 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Incoming Date of Call: 06/13/2001 Call To/From: Employer
Name: Worldcom, Inc. Conversation with:
Phone: Extension: Fax Number:

reviewed fmla form - er will need to get further info. there copy has date of 5/14/01 w/ee's signature..faxed from ee's home
our copy does not have a date or signature on it & was faxed from the jeff med care per print on fax

06/12/2001 05:53:33 p.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

A: reviewed medical below - still need to certify db from 4/20 to 5/18/01 - reviewed fmla - fax date 6/6/01 completed by suzanne la? family practice can not read writing - (lrnp/phd)...fmla reads: 4.dx: alcohol abuse, htn 5. (a) date condition commenced & dura. of pt's incapacity: alcohal abuse: 2/01, htn: 5/01, depr: 2/01 (b) will it be nessary to take work, only intermittently or to work on then full schedule as a result of condition? yes if yes give the probable duration: blank (c)if the condition is a chronic condition, state whether pt is presently incapacitated and the likely duration & freq. of episodes of incapaicity: htn - needs chronic tx, 6.(a) if additional txs will be required for the condition, provide an estimate probable number of such txs: htn - indefinite. if the pt will be absent from work or other daily activities because of tx interm. or p/t basis, also provide an estimate of probable number and btw such txs actual or estimated dates of tx known & recovery: htn - vist mthly - indefinte, etdh abuse & depress (b) any other pi tx: blank (c) regimen: prescription drugs, 7(a). medical leave - unable to work: at present, unable to work (no dates given) (b) if able to perform some work: blank, (c) blank 8. a-c: blank...fmla does not indicate cover for the above period for current dx primary tx for htn by pcp...only give 2 periods of time 2/01(alcohal & depress) & 5/01(htn) ..medical notes already recd prior see soap below
P: claim remains cls

06/12/2001 08:08:47 a.m. ET Amy L Fraher Examiner Syracuse

H-103

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse
Page 5

Recommendation/Plan: Examiner Claim Management Plan    Sign off required: N

faxed dr for tx plan for etoh abuse and depression, requested gaf score, frequency of therapy for depression-poss rtw date-f/u 6/25/01, email to examiner for decision

06/12/2001 08:01:23 a.m. ET Amy L Fraher Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan    Sign off required: N

rec'd copy of fmla papers-also rec'd ov notes from 5/18/01 and 5/30/01, per notes, ee still using alcholol; etoh abuse, htn, trouble sleeping, lbp which started in college, depression-takes flexeril, naprosyn, allegra, valium-nov 7/10/01-bp readings;
140/112, 150/114, 140/98 on 5/30/01, 160/100 on 5/31/01, 152/110 on 5/18/01-appears that depression and etoh abuse are primary diagnosis-tx plan, for depression and etoh abuse not given

06/11/2001 01:59:46 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Incoming    Date of Call: 06/11/2001    Call To/From: Employer
Name: Worldcom, Inc.    Conversation with:
Phone:    Extension:    Fax Number:

has 3way w/ee/er & I as to the info. needed

06/08/2001 11:06:22 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing    Date of Call: 06/08/2001    Call To/From: Employer
Name: Worldcom, Inc.    Conversation with:
Phone:    Extension:    Fax Number:

reviewed claim - ee has not sent in fmla - er sent reminder - fmla due by 6/18/01 ...ee can not get vacation paid till appeal
process is done

06/07/2001 02:51:36 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing    Date of Call: 06/07/2001    Call To/From: Claimant
Name: Michael Mckinnis    Conversation with:
Phone: (215) 266-4646    Extension:    Fax Number:    Not Contacted: Left Message

called ee - lmsg - advised of status

06/07/2001 02:50:35 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing    Date of Call: 06/07/2001    Call To/From: Employer

H-104

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

Page 6

Name: Worldcom, Inc.
Phone: Extension: Fax Number:
Conversation with:
Not Contacted: Left Message

recd email from dorrine to call - called left msg advised of status

06/07/2001 10:35:26 a.m. ET Baronda C Staten Examiner Syracuse
Type: Mail Receipt

med fax rec'd

06/07/2001 08:59:07 a.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

A:recd email from hr/dorrine - has not recd any fmla paper work back from the employee - resent email back still need info.
if ee used vac. or sick time from 4/20 to 5/18/01....correction did rec email ee used sick time thru 4/27/01 - no vacation
there...under the plan language on pg 10 & 11, termination define - not txd by a physician & exclusion - not an active employee - ee does not provide fmla for period of 4/20/01 thru 5/17/01....
P:denied - mailed ltr to ee & er

06/06/2001 02:59:57 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 06/06/2001
Name: Ent
Phone: (215) 955-6000 Extension: 6760 Fax Number:
Call To/From: Physician
Conversation with:

A: spoke to rachel - fov: 5/2/01 dx: allergies ? no referal from another pi.
there appears to be that prex would not apply - do not have any pi txg during the look back period
med would only support from 5/18 to 5/31/01 ......CAN NOT APPROVE STILL NEED VERIFICATION
OF COVERED TIME FROM LDW: 4/20/01 THRU 5/17/01 per ee took vac. - no medical certifing period
prior to 5/18/01 - will need further medical update from the psychiatrist that pcp refered ee to
P: emailed dorrine blea to verify time used

06/06/2001 02:55:30 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 06/06/2001
Name: Pcp
Phone: Extension: Fax Number:
Call To/From: Physician
Conversation with:

spoke to joy - fov: 5/18/01 ...prior ee was seen by dr. pribitkin -215- 955 - 6000

H-105

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

Page 7

06/06/2001 02:52:11 p.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan
Sign off required: N

A: recd med from 6/1 & 6/4/01
william silver/dsw - dx: 296.23 & 305.00 ee experiencing depr & anxiety - to the poin ee felt that there were many personal factors contributing to his anxiety including substance abuse, financial concerns, aging and work related pressures, notes these symptoms have continued for the past 6mths - ee drinks 1 - 2 bottles @ wk uses cocaine - but notes stopped at this time, many areas of ee's life are in chaos, relationship problems as well as careet problems, ee would ultimately like to change careers for a less stressful job - recommendation: ee would do well in an alcohal rehb. prog. OP tx, ee is impulsive, structiure of prog. would give opportunity to focus on some life goals - motivated.........
dr. petrone/pcp notes 5/18 & 5/31/01 has bad sleeping - can't stay asleep, feeling depress, job bry stressfull, dcr. appetite,
decr. concentration, + anbedronia ?? not sure of writing, crying or raging ?, problems getting up, + repet. thinking, denies suicide, b/p: 150/114 & 140/98, 160/ 101 A: htn - newly diagnosised, alcohal abuse, depression ggt incr. to 155
past hx: football in college, mva 1994, ankle pain, thirsty all the tyme ....in k6 ee was refered to a pyschiatrist by pcp
recd no info. from psychiatrist.......pcp was ee oow as of 5/18/01 for OP program ..........recd no medical records for look back period for pre-x or any er info. verify vac time doh: 1/24/00
P: will call pcp to verify any tx in look back period & email er on any vac time ee taken prior to 5/18/01 to 4/20/01

06/06/2001 10:41:35 a.m. ET Geraldine C Ashley Examiner Syracuse
Type of Call: Incoming Date of Call: 06/06/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

status? advised we would try to rush.

06/04/2001 05:55:18 p.m. ET Albert R Kunsman Examiner Syracuse
Type of Call: Incoming Date of Call: 06/04/2001 Call To/From: Employer
Name: Worldcom, Inc. Conversation with:
Phone: Extension: Fax Number:

status of review.

06/04/2001 04:18:18 p.m. ET Loreena M Lobdell Examiner Syracuse
Type of Call: Incoming Date of Call: 06/04/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

clmnt clld for status...i advised clmnt of 5-7 days...clmnt wanted to talk to exm, TMP was busy, xferr'd to VM

H-106

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse
Page 8

06/04/2001 10:02:36 a.m. ET Phyllis B Sattler Examiner Syracuse
Type of Call: Incoming Date of Call: 06/04/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

EE re:status? wants c/b from exam, today for info as to review

06/04/2001 09:21:35 a.m. ET Amy Wrightsman Examiner Syracuse
Type: Mail Receipt

fax recv' ov note

06/01/2001 03:01:31 p.m. ET Baronda C Staten Examiner Syracuse
Type: Mail Receipt

med fax rec'd

05/31/2001 05:27:01 p.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 05/31/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

rtc to ee - advised still need all medical for look back period - per ee will have dr. silver info. tomorrow & faxed - per ee
ee was not tx during that time - noted need in writing from pi

05/31/2001 10:14:57 a.m. ET Albert R Kunsman Examiner Syracuse
Type of Call: Incoming Date of Call: 05/31/2001 Call To/From: Medical Provider
Name: Jefferson Medical Ctr. Conversation with:
Phone: Extension: Fax Number:

nov 5/31/01. liver enzymes high.ggt 155. bp also high. will fax over on today.

05/29/2001 11:26:49 a.m. ET Bonnie L Whitney Examiner Syracuse
Type of Call: Incoming Date of Call: 05/29/2001 Call To/From: Employer
Name: Worldcom, Inc. Conversation with:
Phone: Extension: Fax Number:

ee cld re; claim he would like a copy of letter sent to him faxed so that he can take to pi office now. will fax for ee

H-107

Report: E401773R The Hartford - Benefit Management Services Page 9
Office: Syracuse Disability Claim Office Comments: Summary Detail Report
Date Of Report:05/15/2002 Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

at this time.

05/26/2001 09:29:28 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 05/26/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

called ee - advised of status of info. need & will send ee prex ltr - will also need dr. silver's notes on his 1st eval. of ee - per ee has sick time paid to ee from 4/20 to 5/17/01 - noted to have er verify

05/26/2001 09:28:40 a.m. ET Tina M Palmer Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

A: pre-x look back period 5/3/00 thru 7/31/00 doh: 1/24/00 insur: 8/1/00 thru 7/31/01
no med certifc. from 4/20/01 thru 5/17/01 - ee took self oow = 27 days oow
pcp/dr. petrone db: 5/18/01 dr. silver/psych/therapist - indicated on 5/2/01 did not take ee oow
will need to advise ee of no pi certif. db btw: 4/20 to 5/17/01 & will need call medical records for above look back period
P: will call ee & send pre-x ltr & add note

05/25/2001 11:45:39 a.m. ET Tina M Palmer Examiner Syracuse
Type of Call: Outgoing Date of Call: 05/25/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

recd vmsg from ee - called ee - can not go into inpt. till ee is paid - has to pay rent - so not to loss apt prior to getting
out - will be in for 3wks - dr. bill silvers/psychiatrist 215 790 0654 lov: 2wks - seen 2x

05/23/2001 10:02:34 a.m. ET Rheta West Examiner Syracuse
Type of Call: Incoming Date of Call: 05/23/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

would like a call once rvwd

05/21/2001 08:40:35 a.m. ET Bonnie L Whitney Examiner Syracuse
Type of Call: Incoming Date of Call: 05/21/2001 Call To/From: Employer
Name: Worldcom, Inc. Conversation with:
Phone: Extension: Fax Number:

H-108

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002
The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse
Page 10

stat

05/18/2001 05:06:19 p.m. ET Jennifer E Chajka Examiner Syracuse
Statement: Physician Type Of Intake: Phone

PI INTAKE> DX DEPRESSION AND ALCOHOL ABUSE, HYPERTENSION......TX PLAN: EE IS BEING ADMITTED TO INPATIENT TX CENTER.....RX: HYDROCHLORTHIAZIDE 25 MG....PI 1ST TREATED WITH PI TODAY, EE WAS REFERRED TO PI FROM PSYCHIATRIST.

05/18/2001 01:25:50 p.m. ET Albert R Kunsman Examiner Syracuse
Type of Call: Incoming Date of Call: 05/18/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

did pi call?

05/17/2001 12:40:26 p.m. ET Stacey L Juston Examiner Syracuse
Recommendation/Plan: Examiner Claim Management Plan Sign off required: N

15day: lack of dbing ap, deny clm, sent letter.

05/16/2001 12:40:11 p.m. ET Lisa Dausman Examiner Syracuse
Type of Call: Incoming Date of Call: 05/16/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

ee called to check status, adv of prev comments, ee got upset & req supervisor, ee hung up

05/05/2001 07:08:05 a.m. ET Maria M Garm Examiner Syracuse
Statement: Employer Type Of Intake: Phone

er cert received
dbl 4/23

05/02/2001 02:54:25 p.m. ET Diane A Sutton Examiner Syracuse
Type of Call: Outgoing Date of Call: 05/02/2001 Call To/From: Claimant
Name: Michael Mckinnis Conversation with:
Phone: (215) 266-4646 Extension: Fax Number:

5-day call - t/c to ee, adv'd ee need PI intake. ee to hv pcp call.

H-109

Report: E401773R
Office: Syracuse Disability Claim Office
Date Of Report:05/15/2002

The Hartford - Benefit Management Services
Comments: Summary Detail Report
Date Range: 04/23/2001 - 05/09/2002
For business Role: Examiner
Claimant: Michael Mckinnis 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
Case: Worldcom, Inc.
Claim Owner: Jennifer E Chajka Role: Examiner Office: Syracuse

Page 11

05/02/2001 11:46:25 a.m. ET Peter A Wrightsman Examiner Syracuse
Type of Call: Incoming Date of Call: 05/02/2001 Call To/From: Physician
Name: Dr Silver Conversation with:
Phone: Extension: Fax Number: (215) 573-2099

Tcf Dr Silver phsychotherapist. HE ADV HE HAS NOT TAKEN EE OOW. HE HAS ONLY SEEN EE ONCE AND HAS NOT DETERMINED THAT YET. I ADV EE NEEDS TO HAVE AP CALL WHO TOLD EE TO STAY OOW. Dr Silver rqstd aps be faxed to him to provide med update when needed. 215-573-2099 will fax regular aps and mental health aps.

04/23/2001 12:26:22 p.m. ET Mona I Malfa Examiner Syracuse
Statement: Employee Type Of Intake: Phone

per call from ee; ldw; 4/20 (ee very unclear on info)
dx; work related stress...ee states "checking self in" to a rehab ctr.
unsure how long will be inpatient.
dbl; approx 6-8wks.

advised ee to file w.c.; ee states HE is taking self out of work...ee then said it's NOT work related it's personal and it's
affecting his job...ee NOT filing w.c.

H-110