IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL MCKINNIS, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 02-3512 |
| v. | : | |
| HARTFORD LIFE, | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 22nd day of May, 2009, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 21), Plaintiff's Response thereto (Doc. No. 22), and after a complete review of all pleadings, discovery, and the administrative record, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's claims are dismissed.

2. The Clerk shall close the above-captioned matter.

BY THE COURT:

s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.